# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

CRYSTAL LOWE,
an individual,

       Plaintiff,

v.

CITY OF DETROIT,
a Michigan municipal corporation,

       Defendant.

Case No. 21-cv-10709

Hon. Bernard A. Friedman
Mag. Curtis Ivy, Jr.

**STIPULATION AND ORDER REGARDING STATUS UPDATES IN LIEU OF INFORMING THE COURT OF THE PARTIES' ADR INTENTIONS**

The parties stipulate and agree to the following:

1. Under this Court's scheduling order (ECF 23), the parties were to inform the Court of their intentions regarding ADR by February 28, 2022. The City of Detroit, however, is currently considering a revised ordinance. If passed, this revised ordinance could moot some/all of the issues in this case.

2. The Detroit City Council introduced this revised ordinance on February 8, 2022, and it referred the revised ordinance for additional review by the Council's Standing Committee on Public Health and Safety.

3. Because the passage of the proposed revised ordinance could moot some/all of the issues in this case, the parties propose that in lieu of informing the

Court their intentions regarding ADR, the parties will provide the Court's Case Manager with periodic reports regarding the status of the revised ordinance.

4. This plan will permit the parties to act cost-effectively while the Detroit City Council considers the revised ordinance, and it will also ensure the Court that the parties are not letting the matter languish in the meantime.

WHEREFORE, IT IS HEREBY ORDERED:

PURSUANT TO STIPULATION, the Court orders that, in lieu of informing the Court regarding their ADR intentions, the parties are to provide the Court (through its Case Manager) with periodic reports regarding the status of the Detroit City Council's proposed revised ordinance.

**IT IS SO ORDERED.**

Dated: March 9, 2022  
       Detroit, Michigan

s/Bernard A. Friedman  
Bernard A. Friedman  
Senior United States District Judge

Dated: March 9, 2022

**STIPULATED AND AGREED:**

By: */s/ Sonal Hope Mithani*
    Sonal Hope Mithani (P51984)
    Caroline B. Giordano (P76658)
    Miller, Canfield, Paddock and Stone, P.L.C.
    101 N. Main Street, 7th Floor
    Ann Arbor, MI 48104
    (734) 668-7786
    mithani@millercanfield.com
    giordano@millercanfield.com
    *Attorneys for Defendant City of Detroit*


By: */s/ Kevin M. Blair (w/ consent)*
    Kevin M. Blair (P76927)
    Honigman LLP
    22 N. Washington Square, Suite 400
    Lansing, MI 48933
    (517) 377-0716
    kblair@honigman.com
    *Attorneys for Plaintiff Crystal Lowe*