UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CRYSTAL LOWE,

    Plaintiff,                                      Civil Action No. 21-CV-10709

vs.                                            HON. BERNARD A. FRIEDMAN

CITY OF DETROIT,

    Defendant.

_____/

### ORDER DISMISSING THE CASE IN 60 DAYS UNLESS EITHER PARTY FILES PLEADINGS REQUESTING OTHERWISE AND HOLDING THE SCHEDULING ORDER IN ABEYANCE

On June 1, 2022, the Court held a status conference in this case. For the reasons stated on the record,

IT IS ORDERED that the case be dismissed sixty days from the date of this order unless either party files pleadings requesting otherwise.

IT IS FURTHER ORDERED that the Court's August 12, 2021, scheduling order (ECF No. 23) be held in abeyance.

                                                     s/Bernard A. Friedman
                                                     BERNARD A. FRIEDMAN
Dated: June 2, 2022                    SENIOR UNITED STATES DISTRICT JUDGE
      Detroit, Michigan